

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00704-CV

Russell J.G. **AMSBERRY**,
Appellant

v.

Alejandra **SALAZAR**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17196
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee recover her costs of appeal from appellant.

SIGNED December 12, 2018.

_____
Marialyn Barnard, Justice